# EXHIBIT 3



Agreement made on the 19th day of April, 2013.

**Between:**
**Livestock Water Recycling (hereinafter called "LWR")**
-and-
**BioTown Ag (hereinafter called the "Purchaser")**

**WHEREAS** IWR technologies Ltd (operating as Livestock Water Recycling (LWR)) has provided the Purchaser with a Proposal dated 14 January, 2013 for the supply of a 30 Million Gallon per year Digestate Treatment System (hereinafter referred to as the "Treatment System");

**AND WHEREAS** the Purchaser has reviewed the Proposal and wishes to purchase the Treatment System from LWR.

**IT IS AGREED:**
1. That the recitals form part of this agreement.
2. That the document entitled "Proposal for the Supply of a Digestate Treatment System for 30 Million Gallons Annually" and attached as Appendix A, including the Standard Terms and Conditions of Sale, form part of this agreement.
3. The email attached in Appendix A, form part of this agreement

Scope of Work and Supply

4. As described in section 1.2, 1.3, and 1.4 of the Proposal dated 14 January, 2013.

5. Where to be provided, equipment shall be supplied and ready for loading and pick up at LWR's manufacturing facility located at 3637 44th Ave SE Calgary, Alberta T2B 3R5.



### Contract Price

6. The Contract Price is $735,000, which Taxes of 5%. This price does include interest, buyout, freight, commissioning, and training. This price assumes that there is storage available on the site for solids and fertilizer and that the equipment is to be installed in a building and made ready for operation by the Purchaser.

7. Consumable supplies shall be purchased from LWR at current market price.

8. Additional site and miscellaneous services are billed by LWR to the Purchaser at a rate of $80.00 per hour in 2013 rates which are subject to change.

### Required Consumable Pricing

9. As per section 1.6 of the Proposal dated _____20 January 2013_____ .

### Payment

As per section 1.5 of the proposal dated ___20 January 2013_____ .

### Late Payments

10. Interest on overdue payments is at 2% per month, compounded monthly, or 26.4% per year
11. If payments are overdue for 5 days, LWR, at its sole option, may cease and recover the equipment without notice to the Purchaser and with no repayment of any monies previously paid to LWR by the Purchaser.

### Delivery Schedule

12. The equipment shall be shipped ninety (90) days or less from the date of the deposit payment and five days from receipt and acceptance of the third progress payment;

13. The Purchaser shall supply to LWR, when requested, all required technical information, including drawing approval and all required commercial documents as to not cause a delay in delivery.

14. Installation and commissioning shall take a period of one month from the time the electrical and piping connections are made. The Purchaser shall be responsible for completing the mechanical connections and coordinating or executing any



electrical installation

15. Training shall take a period of one week following the commissioning period.

Definitions

a) **Consumables**: products that are required to operate the Treatment System and which must be replaced on an ongoing basis during the life of the Treatment System and which are not included in the contract price. Consumables include food grade conditioners, acid, and filters.

b) **Equipment**: means the base system as described at section 1.3.1 of the Proposal.

c) **Miscellaneous Services**: means any services not specifically stated in the Proposal or Agreement but are required for the proper installation and use of the Treatment System, including site work and the provision of accessory or associated materials.

d) **Operational Charges**: include the required chemical conditioner, filters, and service fees, but does not include the supply of acid and operations labour.

e) **Site Work**: means any work that occurs at the Purchaser's site including the receiving, supervising, placement and inspection of the Treatment System once delivered and unloaded at the Purchaser's site, start-up assistance.

f) **Taxes**: means such sum as shall be levied upon the contract price by the Federal or any Provincial Government and is computed as a percentage of the Contract Price and includes the Goods and Services tax and any similar tax, the payment or collection of which is by the legislation imposing such tax obligations on LWR.



**IN WITNESS WHEREOF** the parties have executed this document:

Witness: _____

Witness: __7. Bat_____

**IWR Technologies Ltd. operating as Livestock Water Recycling Inc.**

Per: _____

c/s

Per: _____

c/s

4